No. 5354. RUDERER *v.* JOHNSON ET AL. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Motion of appellant to strike scandalous matter denied. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal and motion.

No. 5480. ANDERSON *v.* KNOTT HOTELS CORP. ET AL. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Motion to postpone case denied. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 621, October Term, 1969. WISEMAN ET AL. *v.* MASSACHUSETTS ET AL., 398 U. S. 960. Respondents requested to file within 30 days a response to petition for rehearing.

No. 1385, October Term, 1969. HUTCHERSON ET AL. *v.* LEHTIN ET AL., 399 U. S. 522. Appellees requested to file within 30 days a response to petition for rehearing.

No. 43, Orig. OREGON *v.* MITCHELL, ATTORNEY GENERAL;
No. 44, Orig. TEXAS *v.* MITCHELL, ATTORNEY GENERAL;
No. 46, Orig. UNITED STATES *v.* ARIZONA; and
No. 47, Orig. UNITED STATES *v.* IDAHO. Motion of State of Mississippi for leave to participate in oral argument as *amicus curiae* denied. [For earlier orders herein, see, *e. g.*, *ante*, p. 810.]